Decided June 26, 2007

TERRY E. GLAVES ET AL. *v.* ROBERT THOMAS HOLROYD ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 28683) is denied.

*Robert L. Fisher, Jr.*, in support of the petition.

*William F. Beckert, Jr.*, in opposition.

Decided June 26, 2007

The plaintiffs' petition for certification for appeal from the Appellate Court, 100 Conn. App. 781 (AC 27021), is denied.